UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES L. BERGERON, SR.<br>DOC # 422721 | CIVIL ACTION NO. 2:17-CV-185<br>SECTION P |
| v. | JUDGE DONALD E. WALTER |
| ROBERT TANNER | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 8) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Charles L. Bergeron, Sr.'s petition for *habeas corpus* filed pursuant to 29 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICE** as time-barred by 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE